IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | C.A. No. 21-md-3017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., <br><br> Defendants. | C.A. No. 25-1043-RGA |

**RULE 7.1 DISCLOSURE STATEMENT OF DR. REDDY'S LABORATORIES, INC. AND DR. REDDY'S LABORATORIES, LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. identifies Dr. Reddy's Laboratories, Ltd. to be the ultimate parent of Dr. Reddy's Laboratories, Inc., directly and indirectly through Dr. Reddy's Laboratories SA. No publicly held company owns 10% or more of Dr. Reddy's Laboratories, Ltd.'s stock.

Dated: August 29, 2025

                                            SMITH, KATZENSTEIN & JENKINS LLP

                                            */s/ Daniel A. Taylor*
                                            Neal C. Belgam (No. 2721)
                                            Daniel A. Taylor (No. 6934)
                                            1000 N. West Street, Suite 1501
                                            Wilmington, DE 19801
                                            (302) 652-8400
                                            nbelgam@skjlaw.com
                                            dtaylor@skjlaw.com

                                            *Attorneys for Defendants*
                                            *Dr. Reddy's Laboratories, Inc. and Dr.*
                                            *Reddy's Laboratories, Ltd.*